Opinion issued April 28, 2026



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00349-CV

————————————

## IN RE PASCHALL TRUCK LINES, INC., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Paschall Truck Lines, Inc., filed a petition for writ of mandamus challenging the trial court's March 31, 2026 "Order Denying [Relator's] Plea in Abatement."[1] Relator's petition asserted that the trial abused its discretion by denying its plea in abatement "when a first-filed case in Montgomery County had

---

[1] The underlying case is *Maria Funez and Aydee Garcia Prado v. Charlisa Thornton and Paschall Truck Lines, Inc.*, Cause No. 2026-02314, in the 129th District Court of Harris County, Texas, the Honorable Michael Gomez presiding

already acquired dominant jurisdiction."  Relator therefore requested that the Court "grant mandamus and order the trial court to abate the matter in favor of the first filed case regarding the same accident and parties in Montgomery County."

We conclude that relator has failed to establish it is entitled to mandamus relief, and therefore, the Court denies relator's petition for writ of mandamus.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.